**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Salvador Bernardo GUZMAN–PEREZ, true name Elvin Roy Perez–Lopez, also known as Luis Armando Guzman–Perez, Defendant–Appellant**

No. 16-40178
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 10/14/2016

published and is not precedent except under the limited circumstances set forth in 5th Cir.

R. 47.5.4.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee

Salvador Bernardo Guzman–Perez, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Salvador Bernardo Guzman–Perez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011).

Guzman–Perez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Guzman–Perez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.